# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON EUGENE ARCHULETA, | ) | NO. SACV 15-1637-SJO (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UKNOWN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: February 24, 2016.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1